UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 26-mj-102 (DJF)

UNITED STATES OF AMERICA,

Plaintiff,

v.                    **ORDER OF DISMISSAL**

TIMOTHY CATLETT,

Defendant.

IT IS HEREBY ORDERED that pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States' motion for dismissal is hereby GRANTED, and the charges alleged against the defendant Timothy Catlett in the Complaint in the above-referenced matter are dismissed.

Dated: February 6, 2026

*s/David T. Schultz*
_____
David T. Schultz
United States Magistrate Judge